UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 04CR10278RGS |
| | ) | CRIMINAL NO. |
| v. | ) | |
| | ) | VIOLATION: |
| PAUL MARDA, | ) | (False Statements in Passport |
| a/k/a NATHANIEL ROBINSON | ) | Application) |
| | ) | |

## INDICTMENT

**COUNT ONE:**   18 U.S.C. § 1542 - **False Statements in Passport Application**

The Grand Jury charges that:

On or about March 9, 2004, at Dorchester, in the District of Massachusetts,

PAUL MARDA, a/k/a NATHANIEL ROBINSON,

defendant herein, did willfully and knowingly make false statements in an application for passport with intent to induce and secure the issuance of a passport under the authority of the United States, for his own use, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws.

All in violation of Title 18, United States Code, Section 1542.

**A TRUE BILL**

_____
Foreperson of the Grand Jury

_____
James F. Lang
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS:                September 15, 2004

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk

12:10 pm

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                                      **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____   **Category No.** II   **Investigating Agency** DOS/DSS

**City** Boston   **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** Paul Marda   Juvenile ☐ Yes ☒ No

**Alias Name** Nathaniel Robinson

**Address** 36 Ridgewood Street, Apartment 2, Dorchester, MA

**Birth date (Year only):** 63   **SSN (last 4 #):** ____   **Sex** M   **Race:** Black   **Nationality:** Unk.

**Defense Counsel if known:** _____   **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** James Lang   **Bar Number if applicable** _____

**Interpreter:** ☐ Yes ☒ No   **List language and/or dialect:** _____

**Matter to be SEALED:** ☒ Yes ☐ No

☒ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty ____   ☐ Misdemeanor ____   ☒ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** September 15, 2004   **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse     **04CR10278RGS**

District Court Case Number  (To be filled in by deputy clerk): _____

**Name of Defendant**     Paul Marda

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   18 U.S.C. § 1542 | Passport Fraud | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

Robinson JS45 Passport.wpd - 1/15/04 (USAO-MA)