UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 04-10278-RGS |
| VS. | ) | |
| | ) | |
| PAUL MARDA, a/k/a | ) | |
| NATHANIEL ROBINSON | | |

MOTION TO UNSEAL SUPERSEDING INDICTMENT AND ARREST WARRANT

The government hereby moves to unseal the superseding indictment in the above referenced matter that was returned on September 22, 2004, as well as the related arrest warrant.  As grounds therefor, the government states that it is of the belief that the defendant, who has not yet been arrested, is aware of the existence of the indictment and arrest warrant and, therefore, that the disclosure of same will not compromise ongoing efforts to execute the arrest warrant.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ James F. Lang
    JAMES F. LANG
    Assistant U.S. Attorney

DATE: September 24, 2004