*SEALED*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO. 04-10278-RGS |
| v. ) | VIOLATIONS: |
| ) | 21 U.S.C. § 841(a)(1)- |
| PAUL MARDA, ) | Possession with Intent to |
| a/k/a NATHANIEL ROBINSON ) | Distribute Cocaine Base |
| ) | 21 U.S.C. § 841(a)(1)- |
| ) | Possession with Intent |
| ) | to Distribute Cocaine |
| ) | 18 U.S.C. § 924(c)- |
| ) | Possession of a Firearm |
| ) | in Furtherance of a Drug |
| ) | Trafficking Crime |
| ) | 18 U.S.C. § 1542- False |
| ) | Statements in Passport |
| ) | Application |
| ) | 42 U.S.C. § 408(a)(7)(B)- |
| ) | Misuse of Social Security |
| ) | Number |

## SUPERSEDING INDICTMENT

**COUNT ONE**: **18 U.S.C. § 841(a)(1)- Possession with Intent to Distribute Cocaine Base**

The Grand Jury charges that:

On or about March 12, 2004, at Dorchester, in the District of Massachusetts,

PAUL MARDA, a/k/a NATHANIEL ROBINSON,

the defendant herein, did knowingly and intentionally possess with intent to distribute a quantity of cocaine base, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT TWO:**   18 U.S.C. § 841(a)(1)- **Possession with Intent to Distribute Cocaine Base**

The Grand Jury further charges that:

On or about March 12, 2004, at Dorchester, in the District of Massachusetts,

PAUL MARDA, a/k/a NATHANIEL ROBINSON,

the defendant herein, did knowingly and intentionally possess with intent to distribute a quantity of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT THREE:**     **18 U.S.C. § 924(c) - Possession of a Firearm in Furtherance of a Drug Trafficking Crime**

The Grand Jury further charges that:

On or about March 12, 2004, at Dorchester, in the District of Massachusetts,

PAUL MARDA, a/k/a NATHANIEL ROBINSON,

the defendant herein, did knowingly possess a firearm, to wit: an Intratec 9mm semi-automatic pistol bearing serial number 41278, in furtherance of the drug trafficking crimes alleged in Counts One and Two of the within indictment, to wit: knowingly and intentionally possessing with intent to distribute quantities of cocaine base and cocaine, Schedule II controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 18, United States Code, Section 924(c).

**COUNT FOUR:**     **18 U.S.C. § 1542 - False Statements in Passport Application**

The Grand Jury charges that:

On or about March 9, 2004, at Dorchester, in the District of Massachusetts,

PAUL MARDA, a/k/a NATHANIEL ROBINSON,

defendant herein, did willfully and knowingly make false statements in an application for passport with intent to induce and secure the issuance of a passport under the authority of the United States, for his own use, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws.

All in violation of Title 18, United States Code, Section 1542.

**COUNT FIVE:**     42 U.S.C. § 408(a)(7)(B) - Misuse of Social Security Number

The Grand Jury charges that:

On or about June 9, 2000, at Boston, in the District of Massachusetts,

PAUL MARDA, a/k/a NATHANIEL ROBINSON,

defendant herein, for the purpose of obtaining something of value from another person, to wit: a Massachusetts identification card in the name of Nathaniel Robinson, did with intent to deceive falsely represent a number to be the social security account number assigned by the Commissioner of Social Security to him, when in fact such number is not the social security account number assigned by the Commissioner of Social Security to him.

All in violation of Title 42, United States Code, Section 408(a)(7)(B).

## **SUPPLEMENTAL FINDINGS**

The grand jury further finds that:

1. The transaction described in Count One of this indictment involved at least five grams of a mixture or a substance containing a detectable amount of cocaine base, also known as crack cocaine, a Schedule II controlled substance, in violation of 21 United States Code, Section 841(b)(1)(B)(iii).

2. The transaction described in Count One of this indictment involved a total of 32.63 grams of a mixture or a substance containing a detectable amount of cocaine base, also known as crack cocaine.

3. The transaction described in Count Two of this indictment involved a total of 20.88 grams of a mixture or a substance containing a detectable amount of cocaine.

**A TRUE BILL**

*[signature]*
Foreperson of the Grand Jury


*[signature]*
_____
James F. Lang
Assistant United States Attorney


DISTRICT OF MASSACHUSETTS:                September 22, 2004

Returned into the District Court by the Grand Jurors and filed.

*[signature]*
Deputy Clerk

9/22/04 @ 2:15p

✥JS 45  (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____   **Category No.** II   **Investigating Agency** ATF

**City**   Boston   **Related Case Information:**

**County**   Suffolk   Superseding Ind./ Inf.   X   **Case No.**   04-10278-RGS
Same Defendant   X   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name**   Paul Marda   **Juvenile**   ☐ Yes   ☒ No

**Alias Name**   Nathaniel Robinson

**Address**   36 Ridgewood Street, Apartment 2, Dorchester, MA

**Birth date (Year only):** 63   **SSN (last 4 #):** ____   **Sex** M   **Race:** Black   **Nationality:** Unk.

**Defense Counsel if known:** _____   **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**   James Lang   **Bar Number if applicable** _____

**Interpreter:**   ☐ Yes   ☒ No   **List language and/or dialect:** _____

**Matter to be SEALED:**   ☒ Yes   ☐ No

☒ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty ____   ☐ Misdemeanor ____   ☒ Felony   5

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:**   September 22,, 2004   **Signature of AUSA:** _/s/ James Lang_

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Paul Marda

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 841(a) | Poss. w/ Intent to Distr. Cocaine | 1-2 |
| Set 2 | 18 U.S.C. § 924(c) | Poss. Firearm in Furth. of Drug Offense | 3 |
| Set 3 | 18 U.S.C. § 1542 | Passport Fraud | 4 |
| Set 4 | 42 U.S.C. § 408(a)(7)(B) | Social Security Fraud | 5 |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

Marda Js45.wpd - 1/15/04 (USAO-MA)