

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
www.flmd.uscourts.gov

MEMORANDUM

[Stamp: FILED IN CLERKS OFFICE 2006 JUN 16 P 2:08 U.S. DISTRICT COURT DISTRICT OF MASS.]

UNITED STATES OF AMERICA

-vs-                                           Case No. 06-1185-01

PAUL MARDA

---

DATE:          June 13, 2006

               Your Case No.:    04-10278-RGS

TO:            United States District Court
               District of Massachusetts
               One Courthouse Way
               Boston, MA 02210-3002

FROM:          Helyn S. LaTorre, Courtroom Deputy for
               David A. Baker, United States Magistrate Judge
               (407) 835-4294
               George C. Young U.S. Courthouse and Federal Building
               80 North Hughey Avenue
               Orlando, Florida 32801

SUBJECT:       Rule 5c Proceedings

The above-styled case originated in your division. Enclosed please find original documents regarding proceedings held in the Middle District of Florida in Orlando, Florida wherein the following action was taken:

INITIAL APPEARANCE:       JUNE 26, 2006

RELEASE/DETENTION:        The Defendant was ordered detained and removed to the charging district.

SCHEDULED HEARING:        Upon notice by the charging district.

CHARGING DOCUMENT:        Indictment

Enclosures

## U.S. District Court
## Middle District of Florida (Orlando)
## CRIMINAL DOCKET FOR CASE #: 6:06-mj-01185-DAB-ALL
### Internal Use Only

| | |
|---|---|
| Case title: USA v. Marda | Date Filed: 05/26/2006 |

Assigned to: Magistrate Judge David A. Baker

**Defendant**

| | | |
|---|---|---|
| Paul Marda (1)<br>*TERMINATED: 05/26/2006* | represented by | Peter Warren Kenny<br>Federal Public Defender's Office<br>Regions Bank Building<br>201 South Orange Ave., Suite 300<br>Orlando, FL 32801<br>407/648-6338<br>Fax: 407/648-6095<br>Email: pete_kenny@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 21:841A=CD.F -- Controlled substance -- sell, distribute, or dispense | |

*I certify the foregoing to be a true and correct copy of the original.*
SHERYL L. LOESCH, Clerk
United States District Court
Middle District of Florida
By: [signature] Deputy Clerk

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | Tanya Davis Wilson<br>U.S. Attorney's Office<br>501 W. Church St., Suite 300<br>Orlando, FL 32805<br>407/648-7500<br>Fax: 407/648-7643<br>Email: tanya.wilson2@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 05/25/2006 | 1 | Arrest - Rule 5(c)(2) of Paul Marda from District of Massachusetts on charges of Possession with intent to distribute cocaine base (HSL, ) (Entered: 05/26/2006) |
| 05/26/2006 | 2 | Minute Entry for proceedings held before Judge David A. Baker :Initial Appearance in Rule 5(c)(3) Proceedings as to Paul Marda held on 5/26/2006 (Tape # 2006-20:7262-7661) (Attachments: # 1 warrant # 2 motion to unseal superseding indictment # 3 superseding indictment) (HSL, ) (Entered: 05/26/2006) |
| 05/26/2006 | 3 | ***CJA 23 financial affidavit by Paul Marda (HSL, ) (Entered: 05/26/2006) |
| 05/26/2006 | 4 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Paul Marda. Signed by Judge David A. Baker on 5/26/2006. (HSL, ) (Entered: 05/26/2006) |
| 05/26/2006 | 5 | ORDER of removal pursuant to rule 5(c)(2) to District of Massachusetts as to Paul Marda Signed by Judge David A. Baker on 5/26/2006. (HSL, ) (Entered: 05/26/2006) |
| 05/26/2006 | 6 | COMMITMENT to another district as to Paul Marda. Defendant committed to District of Massachusetts. Signed by Judge David A. Baker on 5/26/2006. (HSL, ) (Entered: 05/26/2006) |
| 06/13/2006 | 7 | TRANSFER Rule(5)(c)(3) to District of Massachusetts as to Paul Marda (HSL, ) (Entered: 06/13/2006) |

AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

__Middle__ District of __Florida__

| UNITED STATES OF AMERICA<br>V.<br><br>PAUL MARDA | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
|  | 04-10278-RGS | 06-1185-01 |  |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
  X  Indictment    ☐ Information    ☐ Complaint    ☐ Other (specify)

charging a violation of            U.S.C. §

**DISTRICT OF OFFENSE**
District of Massachusetts

**DESCRIPTION OF CHARGES:**

Possession with intent to distribute cocaine base

**CURRENT BOND STATUS:**

☐ Bail fixed at            and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
X Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

| Representation: | ☐ Retained Own Counsel    X  Federal Defender Organization    ☐ CJA Attorney    ☐ None |
|---|---|
| Interpreter Required? | X  No    ☐ Yes    Language: |

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

May 26, 2006                              _[signature]_
Date                                         United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
|  |  |  |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|

**COPIES MAILED**
ON 5-26 2006
BY
Deputy Clerk

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA

-vs-                                              Case No. 06-1185-01

PAUL MARDA

## FINDINGS AND ORDER ON REMOVAL PROCEEDINGS
## PURSUANT TO RULE 5(c), FED.R.CRIM.P.

**PAUL MARDA**, having been arrested and presented before me for removal proceedings pursuant to Rule 5(c), Federal Rules of Criminal Procedure, and having been informed of the rights specified in Rule 5(d) thereof, and of the provisions of Rule 20, the following has occurred of record.

An Initial Appearance on the Rule 5(c) Superseding Indictment from District of Massachusetts was held on May 26, 2006.

After hearing the evidence, and based on the defendant's waiver of identity hearing, I find that **PAUL MARDA** is the person named in the warrant for arrest, a copy of which has been produced.

No detention hearing has been held because the defendant elects to have the detention hearing conducted in the district in which the prosecution is pending.

It is, therefore,

**ORDERED** that **PAUL MARDA** be held to answer in the district court in which the prosecution is pending. Final Commitment given to the U.S. Marshal.

**DONE** and **ORDERED** in Chambers in Orlando, Florida, this 26th day of May, 2006.

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Charging District
United States Attorney
United States Marshal
Pretrial Services Office
Defense Counsel

COPIES MAILED
ON 5-26 20 06
BY
Deputy Clerk

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA

-vs-                                                                           Case No. 06-1185-01

PAUL MARDA

---

## ORDER APPOINTING
## FEDERAL PUBLIC DEFENDER

Because the above named defendant has testified under oath or has otherwise satisfied this Court that he/she: (1) is unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, it is

**ORDERED** that the Federal Public Defender is appointed to represent the above named defendant for proceedings in this District in this case. The defendant may be required to contribute to the cost of this representation depending on circumstances to be determined at a later date.

**DONE** and **ORDERED** in Orlando, Florida on May 26, 2006.

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
United States Marshal
United States Probation Office
Asst. Federal Public Defender
Pretrial Services Office

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23   REV. 1/80

IN UNITED STATES ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)
IN THE CASE OF: _____ vs _____ FOR _____ AT _____

LOCATION NUMBER: _____

PERSON REPRESENTED (Show your full name): **Marda, Paul**

1. ☐ Defendant — Adult
2. ☐ Defendant — Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

CHARGE/OFFENSE (describe if applicable & check box →) ☐ Felony ☐ Misdemeanor

DOCKET NUMBERS
Magistrate: **06-1185-d**
District Court: _____
Court of Appeals: _____

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
- Are you now employed? ☒ Yes ☐ No ☐ Am Self Employed
- Name and address of employer: **Construction**
- IF YES, how much do you earn per month? $ **1600.00**
- IF NO, give month and year of last employment. How much did you earn per month $ _____
- If married is your Spouse employed? ☐ Yes ☐ No
- IF YES, how much does your Spouse earn per month $ _____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $ _____

**CASH**
Have you any cash on hand or money in savings or checking account ☐ Yes ☒ No   IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
IF YES, GIVE VALUE AND DESCRIBE IT — VALUE: _____ DESCRIPTION: _____

**DEPENDENTS**
MARITAL STATUS: ☒ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
Total No. of Dependents: **0**
List persons you actually support and your relationship to them: _____

**DEBTS & MONTHLY BILLS**
| Creditors | Total Debt | Monthly Paymt |
|---|---|---|
| APARTMENT OR HOME — Rent | | $350.00 |
| Cell phone | | $80.00 |

I certify the above to be correct.

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ _____    **5/26/06**

**WARNING:** A FALSE OR DISHONEST ANSWER TO A QUESTION IN THIS AFFIDAVIT MAY BE PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH.

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA

-vs-                                                    Case No. 06-1185-01

PAUL MARDA

AUSA: Tanya Wilson
Defense Atty.: Peter Warren Kenny

| JUDGE | David A. Baker<br>United States Magistrate Judge | DATE AND TIME | May 26, 2006<br>2:05-2:10 |
|---|---|---|---|
| DEPUTY CLERK | Helyn S. LaTorre | TAPE/REPORTER | 2006-20:7262-7661 |
| INTERPRETER | None | PRETRIAL: | Suzanne Arwady |

## CLERK'S MINUTES
### Initial Appearance on Rule 5c
### from the District of Massachusetts

## Defendant was arrested yesterday 5/25/06

(7262) Case called, appearances taken
(7324) Court advises defendant of rights and charges
(7483) Defendant requests court appointed counsel; Court appoints FPD for purposes in this district
(7565) Government seeks detention of the defendant
(7586) Defendant waives the issue of detention at this time and requests hearing in the charging district
(7630) Court to enter order of removal

MAG

# United States District Court
## District of Massachusetts (Boston)
### CRIMINAL DOCKET FOR CASE #: 1:04-cr-10278-RGS-ALL

Case title: USA v. Marda                     Date Filed: 09/15/2004

Assigned to: Judge Richard G.
Stearns
Referred to: Magistrate Judge
Marianne B. Bowler

### Defendant

**Paul Marda (1)**
*also known as*
Nathaniel Robinson (1)

### Pending Counts                    Disposition

18:1542 False Statements in Passport
Application
(1)

21:841 (a)(1) - POSSESSION WITH
INTENT TO DISTRIBUTE
COCAINE
(1s-2s)

18:924 (c)-POSSESSION OF
FIREARM IN FURTHERANCE OF
A DRUG TRAFFICKING CRIME
(3s)

18:1542-PASSPORT FRAUD
(4s)

42: 408 (a)(7)(B)-SOCIAL SECURITY
FRAUD
(5s)

### Highest Offense Level (Opening)

Felony

**Terminated Counts**         **Disposition**

None

*Endorsed Order by Judge Stearns to UNSEAL superseding indictment on 9/24/06*

**Highest Offense Level (Terminated)**

None

**Complaints**                **Disposition**

None

---

**Plaintiff**

**USA**                       represented by **James F. Lang**
                              United States Attorney's Office
                              Suite 9200
                              1 Courthouse Way
                              Boston, MA 02210
                              617-748-3175
                              Fax: 617-748-3954
                              Email: james.lang@usdoj.gov
                              *LEAD ATTORNEY*
                              *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/15/2004 | 1 | INDICTMENT as to Paul Marda (1) count(s) 1. (Gawlik, Cathy) (Entered: 09/15/2004) |
| 09/15/2004 | 2 | Judge Richard G. Stearns : ORDER entered ORDER REFERRING CASE to Magistrate Judge Marianne B. Bowler Reason for referral: pretrial proceedings as to Paul Marda (Gawlik, Cathy) (Entered: 09/15/2004) |
| 09/15/2004 |   | Arrest Warrant Issued as to Paul Marda. (Gawlik, Cathy) (Entered: 09/15/2004) |
| 09/22/2004 | 4 | SUPERSEDING INDICTMENT as to Paul Marda (1) count(s) 1s-2s, 3s, 4s, 5s. (Diskes, Sheila) Modified on 9/24/2004 (Catino, Theresa). |

| | | |
|---|---|---|
| | | (Entered: 09/24/2004) |
| 09/22/2004 | 5 | Judge Richard G. Stearns : ORDER entered ORDER REFERRING CASE to Magistrate Judge Marianne B. Bowler Reason for referral: PRETRIAL as to Paul Marda (Diskes, Sheila) (Entered: 09/24/2004) |
| 09/22/2004 | | Arrest Warrant Issued as to Paul Marda. (Diskes, Sheila) (Entered: 09/24/2004) |
| 09/24/2004 | 3 | MOTION to Unseal Document as to Paul Marda. (Lang, James) (Entered: 09/24/2004) |
| 09/24/2004 | | Judge Richard G. Stearns : Electronic ORDER entered granting 3 Motion to Unseal superseding indictment as to Paul Marda (1) (Diskes, Sheila) (Entered: 09/24/2004) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/26/2006 12:03:14 | | | |
| PACER Login: | us2751 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:04-cr-10278-RGS |
| Billable Pages: | 1 | Cost: | 0.08 |

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 04-10278-RGS |
| VS. ) | |
| ) | |
| PAUL MARDA, a/k/a ) | |
| NATHANIEL ROBINSON | |

MOTION TO UNSEAL SUPERSEDING INDICTMENT AND ARREST WARRANT

The government hereby moves to unseal the superseding indictment in the above referenced matter that was returned on September 22, 2004, as well as the related arrest warrant. As grounds therefor, the government states that it is of the belief that the defendant, who has not yet been arrested, is aware of the existence of the indictment and arrest warrant and, therefore, that the disclosure of same will not compromise ongoing efforts to execute the arrest warrant.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ James F. Lang
JAMES F. LANG
Assistant U.S. Attorney

DATE: September 24, 2004

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

PAUL MARDA, a/k/a NATHANIEL ROBINSON

**WARRANT FOR ARREST**

CASE NUMBER: 04-10278-RGS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Paul Marda, a/k/a/ Nathaniel Robinson _____
                                                         Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[✓] Indictment [ ] Information [ ] Complaint [ ] Order of court [ ] Violation Notice [ ] Probation Violation Petition

charging him or her with (brief description of offense)
(1) possession with intent to distribute cocaine base;
(2) possession with intent to distribute cocaine;
(3) possession of a firearm in furtherance of a drug trafficking offense;
(4) false statements in a passport application; and
(5) misuse of a social security account number

in violation of Title 21, 18, 42 United States Code, Section(s) 841/ 924(c)/ 1542/ 408(a)(7)(B) (5)

Sheila _____   Operations Supervisor
Name of Issuing Officer   Title of Issuing Officer

_____   9-22-04 — Boston, Ma
Signature of Issuing Officer   Date and Location

RECEIVED
2004 SEP 28 A 9:40
U.S. MARSHAL SERVICE
BOSTON, MA

Bail fixed at $ _____ by _____
                                Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SEALED

| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 04-10278-RGS |
|---|---|---|
| | ) | VIOLATIONS: |
| v. | ) | 21 U.S.C. § 841(a)(1)- |
| | ) | Possession with Intent to |
| PAUL MARDA, | ) | Distribute Cocaine Base |
| a/k/a NATHANIEL ROBINSON | ) | 21 U.S.C. § 841(a)(1)- |
| | ) | Possession with Intent |
| | ) | to Distribute Cocaine |
| | ) | 18 U.S.C. § 924(c)- |
| | ) | Possession of a Firearm |
| | ) | in Furtherance of a Drug |
| | ) | Trafficking Crime |
| | ) | 18 U.S.C. § 1542- False |
| | ) | Statements in Passport |
| | ) | Application |
| | ) | 42 U.S.C. § 408(a)(7)(B)- |
| | ) | Misuse of Social Security |
| | ) | Number |

## SUPERSEDING INDICTMENT

**COUNT ONE:** 18 U.S.C. § 841(a)(1)- Possession with Intent to Distribute Cocaine Base

The Grand Jury charges that:

On or about March 12, 2004, at Dorchester, in the District of Massachusetts,

PAUL MARDA, a/k/a NATHANIEL ROBINSON,

the defendant herein, did knowingly and intentionally possess with intent to distribute a quantity of cocaine base, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT TWO:**   18 U.S.C. § 841(a)(1) - Possession with Intent to Distribute Cocaine Base

The Grand Jury further charges that:

On or about March 12, 2004, at Dorchester, in the District of Massachusetts,

PAUL MARDA, a/k/a NATHANIEL ROBINSON,

the defendant herein, did knowingly and intentionally possess with intent to distribute a quantity of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

05-26-2006    Case 1:04-cr-10278-RGS    Document 6    Filed 06/16/2006    Page 15 of 20    F-864

05-26-2006 12:32pm From- T-109 P.004/014 F-864
Case 1:04-cr-10278-RGS Document 6 Filed 06/16/2006 Page 16 of 20
Case 1:04-cr-10■■-RGS Document 4 Filed 09/2■2004 Page 3 of 9

<u>COUNT THREE</u>: **18 U.S.C. § 924(c)- Possession of a Firearm in Furtherance of a Drug Trafficking Crime**

The Grand Jury further charges that:

On or about March 12, 2004, at Dorchester, in the District of Massachusetts,

PAUL MARDA, a/k/a NATHANIEL ROBINSON,

the defendant herein, did knowingly possess a firearm, to wit: an Intratec 9mm semi-automatic pistol bearing serial number 41278, in furtherance of the drug trafficking crimes alleged in Counts One and Two of the within indictment, to wit: knowingly and intentionally possessing with intent to distribute quantities of cocaine base and cocaine, Schedule II controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 18, United States Code, Section 924(c).

COUNT FOUR:   18 U.S.C. § 1542 - False Statements in Passport Application

The Grand Jury charges that:

On or about March 9, 2004, at Dorchester, in the District of Massachusetts,

PAUL MARDA, a/k/a NATHANIEL ROBINSON,

defendant herein, did willfully and knowingly make false statements in an application for passport with intent to induce and secure the issuance of a passport under the authority of the United States, for his own use, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws.

All in violation of Title 18, United States Code, Section 1542.

**COUNT FIVE:**   42 U.S.C. § 408(a)(7)(B) - Misuse of Social Security Number

The Grand Jury charges that:

On or about June 9, 2000, at Boston, in the District of Massachusetts,

PAUL MARDA, a/k/a NATHANIEL ROBINSON,

defendant herein, for the purpose of obtaining something of value from another person, to wit: a Massachusetts identification card in the name of Nathaniel Robinson, did with intent to deceive falsely represent a number to be the social security account number assigned by the Commissioner of Social Security to him, when in fact such number is not the social security account number assigned by the Commissioner of Social Security to him.

All in violation of Title 42, United States Code, Section 408(a)(7)(B).

rrum-    T-108  P.007/014  F-864
Case 1:04-cr-10▓▓-RGS    Document 4    Filed 09/2▓▓004    Page 6 of 9

## SUPPLEMENTAL FINDINGS

The grand jury further finds that:

1. The transaction described in Count One of this indictment involved at least five grams of a mixture or a substance containing a detectable amount of cocaine base, also known as crack cocaine, a Schedule II controlled substance, in violation of 21 United States Code, Section 841(b)(1)(B)(iii).

2. The transaction described in Count One of this indictment involved a total of 32.63 grams of a mixture or a substance containing a detectable amount of cocaine base, also known as crack cocaine.

3. The transaction described in Count Two of this indictment involved a total of 20.88 grams of a mixture or a substance containing a detectable amount of cocaine.

..  12:32pm   From-                                           T-108   P.008/014   F-864

Case 1:04-cr-10▓▓-RGS   Document 4   Filed 09/2▓▓004   Page 7 of 9

**A TRUE BILL**

*[signature]*
Foreperson of the Grand Jury

*[signature]*
James F. Lang
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS:                September 22, 2004

Returned into the District Court by the Grand Jurors and filed.

*[signature]*
Deputy Clerk

9/22/04 - C 2:15 P