UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 04-10278-RGS |
| | ) | |
| V. | ) | |
| | ) | |
| PAUL MARDA | ) | |

**ASSENTED-TO MOTION TO EXCLUDE
TIME FROM 8/3/06 - 9/18/06**

    The United States, with the assent of the defendant, moves pursuant to 18 U.S.C. §3161(h)(8) to exclude the time from August 3, 2006 through September 18, 2006, the date of the next status conference, from speedy trial calculations.  This exclusion was agreed-to by the parties at the status conference on August 3, 2006.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
Assented to:    United States Attorney
Paul Marda
by his counsel,    By:  /s/CHRISTOPHER F. BATOR
    Assistant U.S. Attorney
/s/Oscar Cruz, Esq.
(C.F.B.)    Dated: August 3, 2006
Federal Defender Office
408 Atlantic Avenue
Boston, MA 02110

Case 1:04-cr-10278-RGS    Document 9    Filed 08/03/2006    Page 2 of 2