**FEDERAL DEFENDER OFFICE**
DISTRICT OF MASSACHUSETTS
408 ATLANTIC AVENUE, 3RD FLOOR
BOSTON, MASSACHUSETTS 02110

TELEPHONE: 617-223-8061
FAX: 617-223-8080

September 18, 2006

Christopher Bator, Esq.
Assistant United States Attorney
United States Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:    United States v. Paul Marda; Criminal No. 04-10278-RGS

Dear Mr. Bator:

Pursuant to Local Rule 116.3(A) and my review of the discovery provided thus far, I am putting in writing the following additional discovery requests.

1.    Statements of Defendant and Witnesses

You produced certain reports containing statements allegedly made by my client to law enforcement, I request any and all written notes regarding those statements. This discovery clearly is required by Fed. R. Crim. P. 16(a)(1)(B)(ii), which provides for discovery of "any written record containing the substance of any relevant oral statement..." This request also includes any audio recording. In no way limiting this request, the defendant specifically requests any written notes regarding his alleged statement to the Boston Police that he kept the gun discovered as result of the execution of the search warrant at the Ridgewood Street, Dorchester Massachusetts address, for his protection.

In addition, the defendant requests all written notes, reports, and or audio recordings of any statements provided to law enforcement by witnesses who were present at the execution of the search warrant in Dorchester, Massachusetts. This request includes, but is not limited to, the following: Bari Robinson; Johanne Dumond; Maria Mammano; Lynn Cahill; and Victor Davis.

2.    Documents and Objects

The following items are material to preparing Mr. Marda's defense and we ask that you produce them.

FEDERAL DEFENDER OFFICE
-2-

A)  Any surveillance video, photographs or audio recordings regarding the two controlled buys of narcotics in which the defendant and a confidential informant were allegedly involved.

B)  Any photographic arrays used by the Boston Police to identify Paul Marda as a participant in the above-mentioned controlled buys along with a description of the type of procedure used and the participants.

C)  Any information regarding the criminal records (Massachusetts or out of state) of the following individuals:  Bari Robinson; Johanne Dumond; Lynn Cahill; Maria Mammano; and Victor Davis.  This information is to include full names and dates of birth.

D)  Copies of all police reports regarding the arrest of any of the individuals mentioned in subpart D who were arrested in the aftermath of the search of the Ridgewood Street address in Dorchester, Massachusetts.  This request is to include booking photographs of all the males who were arrested.

3.  <u>Reports of Examinations and Tests</u>

The defendant hereby requests an opportunity to inspect all tangible property and/or evidence in this case seized from the Ridgewood Street address at the time of the execution of the search warrant.  In addition, defendant hereby requests an opportunity to inspect all tangible property recovered directly from the defendant upon his arrest in 2004.  Finally, the defendant requests copies of all reports of any fingerprint examinations that were done on either the firearm or the drugs discovered as result of the search of the Ridgewood Street apartment.

4.  <u>Exculpatory Evidence</u>

All information about whether the confidential informant used to perform controlled narcotics purchases in this case has been arrested or reprimanded for criminal activity since the dates of his participation in this investigation.

5.  <u>Expert Witnesses</u>

The defendant hereby requests a written summary of any testimony that the government intends to use under rules 702, 703, or 705 of the Federal Rules of Evidence.  Furthermore, please produce all documents that pertain to the particular expert's qualifications and training as an interstate nexus examiner and all cases in which he has previously testified as an expert.

FEDERAL DEFENDER OFFICE

-3-

6.     Promises, Rewards or Inducements

_____The defendant requests any and all information regarding promises, rewards or inducements made to cooperating witnesses for the government in exchange for their testimony in this matter.

I have no reciprocal discovery at this time.

Please call me if you have any questions about these requests or wish to discuss them further.

Sincerely,


Oscar Cruz, Jr.


cc.     Mr. Marc Duffy, Deputy Courtroom Clerk to the Honorable Marianne B. Bowler
        Mr. Paul Marda