UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 04-10278-RGS |
| | ) | |
| V. | ) | |
| | ) | |
| PAUL MARDA | ) | |

**ASSENTED-TO MOTION TO EXCLUDE
TIME FROM 12/01/06 - 1/08/07**

The United States, with the assent of the defendant, moves pursuant to 18 U.S.C. §3161(h)(8) to exclude the time from December 1, 2006 through January 8, 2007, the date of the last status conference, from speedy trial calculations.  This exclusion was agreed-to by the parties at the status conference on December 1, 2006.

```
                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
Assented to:                            United States Attorney
Paul Marda
by his counsel,         By:  /s/CHRISTOPHER F. BATOR
                                        Assistant U.S. Attorney
/s/Oscar Cruz, Esq.
(C.F.B.)                                Dated: January 8, 2007
Federal Defender Office
408 Atlantic Avenue
Boston, MA 02110
```