UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA        ) | |
|                                 ) | |
|         V.                      ) | Cr. No. 04-10278-RGS |
|                                 ) | |
| PAUL MARDA                      ) | |
| a/k/a NATHANIEL ROBINSON        ) | |

**NOTICE OF APEARANCE**

Assistant U.S. Attorney Christopher F. Bator hereby files his appearance on behalf of the United States.

                                              Respectfully submitted,

                                              MICHAEL J. SULLIVAN
                                              United States Attorney

                                  By:  /s/CHRISTOPHER F. BATOR
                                              Assistant U.S. Attorney

                                              Date: January 8, 2007