UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 04-10278-RGS |
| | ) | |
| V. | ) | |
| | ) | |
| PAUL MARDA | ) | |

**ASSENTED-TO MOTION TO EXCLUDE
TIME FROM 01/08/07 - 01/22/07**

The United States, with the assent of the defendant, moves pursuant to 18 U.S.C. §3161(h)(8) to exclude the time from January 8, 2007 through January 22, 2007, the date of the next status conference, from speedy trial calculations. This exclusion was agreed-to by the parties at the status conference on January 8, 2007.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

Assented to:
Paul Marda
by his counsel,    By:    /s/CHRISTOPHER F. BATOR
                          Assistant U.S. Attorney

/s/Oscar Cruz, Esq.
(C.F.B.)                  Dated: January 9, 2007
Federal Defender Office
408 Atlantic Avenue
Boston, MA 02110

Case 1:04-cr-10278-RGS    Document 14    Filed 01/09/2007    Page 2 of 2