```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA    )
                            )
        V.                  )   Cr. No. 04-10278-RGS
                            )
PAUL MARDA                  )
```

## STATUS REPORT

The parties file the following status report.

1.  There are some minor discovery issues which the parties are attempting to resolve.

2.  No further discovery is anticipated except as made necessary by the process discussed in number 1., above.

3.  The defendant does not intend to raise a defense of insanity or public authority.

4.  The government has not requested notice of alibi.

5.  The defendant may file a motion to suppress.

6.  The Court may wish to set a schedule for the suppression motion.

7.  The parties have not yet discussed the possibility of a plea.

8.  The Court has ordered the following periods of excludable delay: 8/3/06 - 9/18/06; 9/18/06 - 12/1/06; 12/1/06 - 1/8/07; 1/8/07 - 1/22/07.  The time period from 6/21/06 - 7/19/06 was excluded pursuant to the Local Rules.

9.   The parties estimate that trial would require ten trial days.

| | |
|---|---|
| Paul Marda<br>by his counsel, | Respectfully submitted,<br><br>MICHAEL J. SULLIVAN<br>United States Attorney |
| /s/Oscar Cruz,Esq.<br>(C.F.B.)<br>Federal Defender Office<br>408 Atlantic Avenue<br>Boston, MA 02110 | By:  /s/CHRISTOPHER F. BATOR<br>       Assistant U.S. Attorney<br><br>Dated: January 22, 2007 |