UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 04-10278-RGS |
| | ) | |
| V. | ) | |
| | ) | |
| PAUL MARDA | ) | |

**ASSENTED-TO MOTION TO EXCLUDE**
**TIME FROM 01/22/07 - 02/13/07**

The United States, with the assent of the defendant, moves pursuant to 18 U.S.C. §3161(h)(8) to exclude the time from January 22, 2007 through February 13, 2007, the date of the next status conference, from speedy trial calculations.  This exclusion was agreed-to by the parties at the status conference on January 22, 2007.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

Assented to:
Paul Marda
by his counsel,                    By:  /s/CHRISTOPHER F. BATOR
                                        Assistant U.S. Attorney

/s/Oscar Cruz, Esq.
(C.F.B.)                           Dated: January 22, 2007
Federal Defender Office
408 Atlantic Avenue
Boston, MA 02110