UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                )Criminal No. 05-CR-10278-RGS
     v.                         )
                                )
PAUL MARDA,                     )
     Defendant.                 )

   ASSENTED TO MOTION TO EXCLUDE TIME FROM FEBRUARY 13, 2007,
    STATUS CONFERENCE UNTIL MARCH 15, 2007, STATUS CONFERENCE

    The United States of America, by its attorneys, Michael J. Sullivan, United States Attorney, and Suzanne Sullivan, Assistant U.S. Attorney, hereby respectfully move, pursuant to 18 U.S.C. § 3161(h) and Section 5(f)(4) of the Plan for the Prompt Disposition of Criminal Cases of the United States District Court for the District of Massachusetts, in computing time within which the trial of this matter shall commence under 18 U.S.C § 3161(c)(1), for an order to exclude time from the date of the status conference on February 13, 2007, to the next status conference date of March 15, 2007.  Counsel for the defendant has assented to the exclusion of this time.

    Therefore, the government respectfully requests that the Court grant this Assented Motion for an Order of excludable delay.

                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN
                                    United States Attorney

                                    By: /s/ Suzanne Sullivan
                                    SUZANNE SULLIVAN
                                    Assistant U.S. Attorney

Dated: February 14, 2007