**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| V. | CRIMINAL |
| | CASE NO. 04-10278-RGS |
| PAUL MARDA | |
| Defendant | |

**APPOINTMENT OF FEDERAL DEFENDER**

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is hereby ORDERED that the Federal Defender Office for the District of Massachusetts be appointed, effective as of ___6/21/2006___ to represent said defendant in this cause until further order of the Court.

                                      SARAH A. THORNTON
                                      CLERK OF COURT

                            By:   /s/ Marc K. Duffy, Esq.
                                        Deputy Clerk

(AAppoint FPD (Marda).wpd - 3/7/2005)