IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO. 04-10278-RGS |
| v. ) | |
| ) | |
| PAUL MARDA ) | |
| a/k/a NATHANIEL ROBINSON, ) | |
| Defendant. ) | |

**<u>NOTICE OF APPEARANCE</u>**

Assistant U.S. Attorney Suzanne Sullivan hereby files her appearance on behalf of the United States.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/ Suzanne Sullivan
Suzanne Sullivan
Assistant U.S. Attorney