```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA       )
                               )Criminal No. 04-CR-10278-RGS
    v.                         )
                               )
PAUL MARDA,                    )
    Defendant.                 )

**JOINT SUBMISSION OF THE PARTIES UNDER LOCAL RULE 116.5(C)**

Pursuant to Local Rule 116.5(C), the parties state as follows:

    1.&2. <u>Outstanding Discovery Issues & Anticipated Additional Discovery</u>

There may be some minor discovery issues which the parties are attempting to resolve.  The undersigned attorney for the government was re-assigned to this case in February, 2007.  Therefore, the parties request a further final status conference and agree to exclude the time from today's date until the next court date.  The parties request a two week date.

    3.   <u>Defense of Insanity or Public Authority</u>

The defendant has not indicated an intent to assert a defense of insanity.  The defendant has not indicated an intent to assert a defense of public authority.

    4.   <u>Notice of Alibi</u>

The defendant has not indicated an intent to assert an alibi defense.

    5.   <u>Dispositive Motions</u>

There does not appear to be any motion that will be

dispositive of the case.  Although not dispositive, defense counsel may file a motion to suppress defendant's statements.

6.   Scheduling

The parties are not aware of any issue requiring scheduling and continue efforts to resolve the case.

7.   Plea Negotiations

It is too early to represent whether this case will be resolved via a disposition prior to trial.

8.   Excludable Delay

Pursuant to previous orders of this court, all prior days have been excluded from the calculations of the Speedy Trial Clock.  Thus, there are 70 days remaining for a trial in this case.  The parties request that the period between today and the next court date be excluded from the Speedy Trial Clock, in the interests of justice.

9.   Whether Trial is Anticipated; Length of Trial

Should this case proceed to trial, the parties anticipate approximately ten days of trial in this case.

                                    Respectfully submitted,

PAUL MARDA                          MICHAEL J. SULLIVAN
By his attorney,                    United States Attorney


s/ Oscar Cruz                       By: s/ Suzanne Sullivan
OSCAR CRUZ, Esq.                        SUZANNE SULLIVAN
Federal Defender                        Assistant U.S. Attorney
(617) 223-8061                          (617) 748-3146

DATED:    April 10, 2007