```
               UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA        )
                                )Criminal No. 04-CR-10278-RGS
    v.                            )
                                )
PAUL MARDA,                     )
    Defendant.                    )

ASSENTED TO MOTION TO EXCLUDE TIME FROM APRIL 10, 2007, STATUS CONFERENCE UNTIL APRIL 30, 2007, STATUS CONFERENCE

The United States of America, by its attorneys, Michael J. Sullivan, United States Attorney, and Suzanne Sullivan, Assistant U.S. Attorney, hereby respectfully move, pursuant to 18 U.S.C. § 3161(h) and Section 5(f)(4) of the Plan for the Prompt Disposition of Criminal Cases of the United States District Court for the District of Massachusetts, in computing time within which the trial of this matter shall commence under 18 U.S.C § 3161(c)(1), for an order to exclude time from the date of the status conference on April 10, 2007, to the next status conference date of April 30, 2007.  Counsel for the defendant has assented to the exclusion of this time in open court today.

Therefore, the government respectfully requests that the Court grant this Assented Motion for an Order of excludable delay.

                                          Respectfully submitted,

                                          MICHAEL J. SULLIVAN
                                          United States Attorney

                                          By: /s/ Suzanne Sullivan
                                          SUZANNE SULLIVAN
                                          Assistant U.S. Attorney

Dated: April 10, 2007