```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA           )
                                   )Criminal No. 04-CR-10278-RGS
     v.                            )
                                   )
PAUL MARDA,                        )
     Defendant.                    )
```

ASSENTED TO MOTION TO CONTINUE AND MOTION TO EXCLUDE TIME FROM APRIL 30, 2007, STATUS CONFERENCE UNTIL May 9, 2007 STATUS CONFERENCE

The United States of America, by its attorneys, Michael J. Sullivan, United States Attorney, and Suzanne Sullivan, Assistant U.S. Attorney, hereby respectfully move to continue the status conference date and move, pursuant to 18 U.S.C. § 3161(h) and Section 5(f)(4) of the Plan for the Prompt Disposition of Criminal Cases of the United States District Court for the District of Massachusetts, in computing time within which the trial of this matter shall commence under 18 U.S.C § 3161(c)(1), for an order to exclude time from the date of the originally scheduled next status conference of April 30, 2007, to the newly scheduled next status conference date of May 9, 2007.

As reasons for the request for the continuance, counsel for the government states that it has an out of office appointment scheduled for April 30, 2007.  Counsel for the government has conveyed this to counsel for the defendant as well as to the courtroom clerk.  Counsel for the defendant has assented to the continuance and to the exclusion of this time.  Therefore, counsel for the government requests a short continuance for a status conference.

Therefore, the government respectfully requests that the Court grant this Assented Motion to Continue and Motion for an Order of excludable delay.

                                            Respectfully submitted,

                                            MICHAEL J. SULLIVAN
                                            United States Attorney

                                            By: _/s/ Suzanne Sullivan_
                                            SUZANNE SULLIVAN
                                            Assistant U.S. Attorney

Dated: April 26, 2007