```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA        )
                                )Criminal No. 04-CR-10278-RGS
    v.                            )
                                )
PAUL MARDA,                     )
    Defendant.                    )

**JOINT SUBMISSION OF THE PARTIES UNDER LOCAL RULE 116.5(C)**

Pursuant to Local Rule 116.5(C), the parties state as follows:

    1.&2.  <u>Outstanding Discovery Issues & Anticipated Additional Discovery</u>

The government is today providing defense with a response relative to a specific defense discovery request.  The undersigned attorney for the government was re-assigned to this case in February, 2007.

    3.  <u>Defense of Insanity or Public Authority</u>

The defendant has not indicated an intent to assert a defense of insanity.  The defendant has not indicated an intent to assert a defense of public authority.

    4.  <u>Notice of Alibi</u>

The defendant has not indicated an intent to assert an alibi defense.

    5.  <u>Dispositive Motions</u>

There does not appear to be any motion that will be dispositive of the case.  Although not dispositive, defense counsel may file a motion to suppress defendant's statements.

6. <u>Scheduling</u>

The defendant requests a scheduling date for filing of and hearing on a motion(s) to suppress.

7. <u>Plea Negotiations</u>

It is too early to represent whether this case will be resolved via a disposition prior to trial.

8. <u>Excludable Delay</u>

Pursuant to previous orders of this court, all prior days have been excluded from the calculations of the Speedy Trial Clock.  Thus, there are 70 days remaining for a trial in this case.  The parties request that the period between today and the next court date be excluded from the Speedy Trial Clock, in the interests of justice.

9. <u>Whether Trial is Anticipated; Length of Trial</u>

Should this case proceed to trial, the parties anticipate approximately ten days of trial in this case.

                                              Respectfully submitted,

| | |
|---|---|
| PAUL MARDA | MICHAEL J. SULLIVAN |
| By his attorney, | United States Attorney |
| | |
| <u>s/ Oscar Cruz</u> | By: <u>s/ Suzanne Sullivan</u> |
| OSCAR CRUZ, Esq. | SUZANNE SULLIVAN |
| Federal Defender | Assistant U.S. Attorney |
| (617) 223-8061 | (617) 748-3146 |

DATED:   May 09, 2007