UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | )Criminal No. 04-CR-10278-RGS |
| v. | ) |
| | ) |
| PAUL MARDA, | ) |
| Defendant. | ) |

ASSENTED TO MOTION TO EXCLUDE TIME FROM MAY 9, 2007, FINAL STATUS CONFERENCE UNTIL JUNE 22, 2007, FILING OF MOTION TO SUPPRESS

The United States of America, by its attorneys, Michael J. Sullivan, United States Attorney, and Suzanne Sullivan, Assistant U.S. Attorney, hereby respectfully move to continue the status conference date and move, pursuant to 18 U.S.C. § 3161(h) and Section 5(f)(4) of the Plan for the Prompt Disposition of Criminal Cases of the United States District Court for the District of Massachusetts, in computing time within which the trial of this matter shall commence under 18 U.S.C § 3161(c)(1), for an order to exclude time from the date of the originally scheduled next status conference of May 9, 2007, 2007, to the June 22, 2007, date of filing of motion to suppress by defendant.

Counsel for the defendant has assented to the continuance and to the exclusion of this time in court today. Therefore, the government respectfully requests that the Court grant this Assented Motion for an Order of excludable delay.

                    Respectfully submitted,
                    MICHAEL J. SULLIVAN
                    United States Attorney

                    By: /s/ Suzanne Sullivan
                    SUZANNE SULLIVAN
                    Assistant U.S. Attorney

Dated: May 09, 2007