# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 04-10278-RGS

UNITED STATES OF AMERICA

v.

PAUL MARDA

## FINAL STATUS REPORT

MAY 10, 2007

**BOWLER, U.S.M.J.**

    The following status of the above-entitled case is hereby reported to the district judge to whom this case is assigned, to wit:

    1.  The Superseding Indictment in the above-entitled case, which charges the defendant with possession with intent to distribute cocaine and cocaine base, possession of a firearm in furtherance of a drug trafficking crime, making false statements in a passport application and misuse of a social security number, was returned on September 22, 2004;

    2.  The defendant was arraigned on the Superseding Indictment on June 21, 2006;

    3.  The defendant is in custody, having agreed to voluntary detention;

4. At the time of arraignment, the government stated that a trial would last four days and anticipated calling eight witnesses;

5. Counsel for the defendant will file a motion to suppress by June 22, 2007;

6. The government will file an assented to motion to exclude the time from May 9, 2007 to June 22, 2007;

7. This case is hereby returned to the district judge to whom the case is assigned.

/s/ Marianne B. Bowler
MARIANNE B. BOWLER
UNITED STATES MAGISTRATE JUDGE