UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10278-RGS |
| ) | |
| PAUL MARDA ) | |
| ) | |

ASSENTED TO MOTION FOR LEAVE
TO EXTEND DISPOSITIVE MOTION FILING DEADLINE

The defendant in this matter respectfully requests an extension of time to file dispositive/evidentiary motions in this case beyond the June 22, 2007 deadline set by the Magistrate Judge before referring the case to the District Court session. As reason therefore, the defendant states that he needs some additional time to discuss potential issues to be raised in a suppression motion with defense counsel. The defendant is currently being held at the Plymouth County Correctional Facility that makes meetings with defense counsel much more difficult to schedule.

Defense counsel has discussed this request for an extension of time for filing dispositive motions with Assistant United States Attorney Suzanne Sullivan. She has expressed that she would not object to the Court extending the motion filing deadline. Defense Counsel requests that the filing deadline be extended to August 1, 2007. The defendant does not object to the exclusion of time between June 22, 2007 and August 1, 2007 for purposes of the Speedy Trial Act. The parties would request that a pre-trial conference date be set on a convenient date and time at some point after the requested filing deadline.

PAUL MARDA
By his attorney,

/s/Oscar Cruz, Jr.
Oscar Cruz, Jr.
B.B.O. #630813
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

CERTIFICATE OF SERVICE

_____I, Oscar Cruz, Jr., hereby certify that this document filed through the ECF system will be sent electronically to the registered participant, Suzanne Sullivan, as identified on the Notice of Electronic Filing (NEF) on June 21, 2007.

/s/Oscar Cruz, Jr.
Oscar Cruz, Jr.