UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10278-RGS |
| | ) | |
| PAUL MARDA | ) | |
| | ) | |

MOTION FOR LEAVE TO EXTEND DISPOSITIVE MOTION FILING DEADLINE

The defendant in this matter respectfully requests a two week extension of time to file dispositive/evidentiary motions in this case beyond the August 1, 2007 deadline set by the Court. As reason therefore, defense counsel states that he needs to meet with the defendant at the Plymouth County Correctional Facility in order to review a draft motion and memorandum and to have him read and sign an affidavit. This meeting will take place by the end of the week of August 1, 2007.

Defense counsel has notified Assistant United States Attorney Suzanne Sullivan of this request. Defense Counsel requests that the filing deadline be extended two weeks from August 1, 2007. The defendant does not object to the exclusion of time between August 1, 2007 and the new filing date set by the Court for purposes of the Speedy Trial Act. The parties would request that a pre-trial conference date be set on a convenient date and time at some point after the requested filing deadline.

                PAUL MARDA
                By his attorney,

                /s/Oscar Cruz, Jr.
                Oscar Cruz, Jr.
                  B.B.O. #630813
                Federal Defender Office
                408 Atlantic Avenue, 3rd Floor
                Boston, MA  02110
                Tel: 617-223-8061


## CERTIFICATE OF SERVICE

      I, Oscar Cruz, Jr., hereby certify that this document filed through the ECF system will be sent electronically to the registered participant, Suzanne Sullivan, as identified on the Notice of Electronic Filing (NEF) on August 1, 2007.

                /s/Oscar Cruz, Jr.
                Oscar Cruz, Jr.