IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PAUL MARDA | No. 04-10278-RGS |

**MOTION TO SUPPRESS STATEMENTS WITH**
**REQUEST FOR EVIDENTIARY HEARING**

Pursuant to the Fourth and Fifth Amendments to the United States Constitution and Rules12 and 41 of the Federal Rules of Criminal Procedure, defendant Paul Marda moves that this Court enter an order suppressing any and all statements made during his illegal interrogation by Boston Police officers on or about March 12, 2004.

In support of this motion, Defendant submits an accompanying memorandum and affidavit. Defendant further requests an evidentiary hearing on this motion and an opportunity to submit a post-hearing memorandum and/or to supplement his submission as warranted by ongoing discovery and investigation.

WHEREFORE, defendant's motion should be granted.

Respectfully submitted,
PAUL MARDA
by his attorney

 /s/ Oscar Cruz, Jr.
Oscar Cruz, Jr., Esq.
FEDERAL DEFENDER OFFICE
408 Atlantic Ave., 3d Floor
Boston, MA 02110
617-223-8061

## Certificate of Service

    I, Oscar Cruz, Jr., hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 15, 2007.

                                                     /s/ Oscar Cruz, Jr.
                                                   Oscar Cruz, Jr.