# EXHIBIT A

UNITED STATES V. PAUL MARDA

CRIMINAL NO. 04-10278-RGS

I, Paul Marda, do hereby swear that the following is true to the best of my knowledge and belief:

1) I am the defendant in the above-captioned matter;

2) I was arrested by the Boston Police on March 12, 2004;

3) On March 12, 2004 I was questioned by an officer at the Police Station;

4) This officer asked me questions but never informed me of my "Miranda" rights;

5) The officer kept saying that the gun belonged to me but I repeatedly stated that it did not;

6) I never stated that the gun was mine;

7) I was not aware that I did not have to answer questions if I did not want to or that I could have a lawyer present before the police questioned me.

Signed under the pains and penalties of perjury.

_Paul Marda_
Paul Marda

8/3/07
Date

# EXHIBIT B

07/12/2004 16:55 FAX 6177493388    DCU PUBLIC AFFAIRS

# BOSTON POLICE INCIDENT REPORT

| Field | Value |
|---|---|
| REPORT DIST. | C11 |
| CLEARANCE DIST | B. |
| ORIGINAL ☒ SUPPLEMENTARY ☐ | |
| COMPLAINT NO | 040126031 |
| DATE OF OCCUR. | A. 03/12/04 B. |
| KEY SITUATIONS | DRUGS |
| CRIME CODE | 0 |
| STATUS | |
| TIME OF OCCUR. | A. 08:25 PM |
| TYPE OF INCIDENT | SEARCH WARRANT EXECUTED |
| APT. | 2 |
| DISPATCH TIME | 08:27 PM |
| MARITAL STATUS | |
| LOCATION OF INCIDENT | 36 RIDGEWOOD ST |
| VICTIM-COMP. (LAST, FIRST, MI) | COMM OF MASS |
| AGE | 0 |
| ADDRESS | 1 SCHROEDER PLAZA, BOSTON, MA. 00000-0000 |
| APT. | DCU |
| PERSON REPORTING | PO ROBERT ENGLAND |
| HOME ADDRESS | 1 SCHROEDER PLAZA, MA, |

**WAS THERE A WITNESS TO THE CRIME**

| PERSON INTERVIEWED | AGE | LOCATION OF INTERVIEW |
|---|---|---|
| SGT DET WAGGETT & TERESTRE | 0 | ON-SCENE |
| DET PARLON & FREEMAN | 0 | ON-SCENE |
| PO'S WILLIAMS & MULREAN | 0 | ON-SCENE |
| PO'S FR COLON & PI COLON | 0 | ON-SCENE |
| PO'S O'SULLIVAN & ROGERS | 0 | |
| PO ADAMS | 0 | |

**NUMBER OF PERPETRATORS: 3 — CAN SUSPECT BE IDENTIFIED AT THIS TIME**

| | Perp 1 | Perp 2 | Perp 3 |
|---|---|---|---|
| NAME (LAST, FIRST, MI) | ROBINSON, NATHIEL | DUMOND, JOHANNE | ROBINSON, BARI K |
| STATUS | ARRESTED | ARRESTED | ARRESTED |
| S.S. NO. | 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 | 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 | 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 |
| BOOKING NO. | 20040075011 | 20040075111 | 20040075211 |
| ALIAS | LION | | |
| SEX | MALE | FEMALE | MALE |
| RACE | BLACK NON-HISPANIC | BLACK NON-HISPANIC | BLACK NON-HISPANIC |
| AGE | 39 | 22 | 12 |
| HEIGHT | 6.00 | 5-05 | 5-01 |
| DOB | 3/19/1964 | 7/30/1981 | 10/18/1951 |
| ADDRESS | 36 RIDGEWOOD ST, DORCHESTER, MA. 00000-0000 | 81 PRENTISS ST, ROXBURY, MA. 00000-0000 | 36 RIDGEWOOD ST, DORCHESTER, MA. 02124-0000 |
| WEIGHT | 230 | 150 | 180 |
| BUILD | MEDIUM | MEDIUM | MEDIUM |
| HAIR | BLACK | BLACK | BLACK |
| EYES | BROWN | BROWN | BROWN |

**CAN SUSPECT VEHICLE BE DESCRIBED**

| Field | Value |
|---|---|
| STATUS | SUSPECT VEHICLE |
| REG. STATE | MA |
| REG. NO. | 57WM30 |
| PLATE TYPE | PAN |
| YEAR (EXP) | |
| MODEL | COROLLA |
| STYLE | SEDAN |
| COLOR (TOP/BOTTOM) | BLUE |
| VEHICLE MAKE YEAR | TOYOTA - 2003 |
| VEHICLE NO. | 2T1BR32E93C060474 |
| LICENSE NO. | S4616633087 |
| STATE | MA |
| OPERATOR'S ADDRESS | 36 RIDGEWOOD ST, DORCHESTER, MA |
| OPERATOR'S NAME | ROBINSON, NATHIEL |
| OWNER'S NAME | SAME |

**CAN PROPERTY BE IDENTIFIED**

| STATUS | TYPE OF PROPERTY | SERIAL OR IDENT-GUARD NO. | BRAND NAME-DESCRIPTION | MODEL | VALUE |
|---|---|---|---|---|---|
| SEIZED | DRUG/NARCOTICS | | CRACK COCAINE | | |
| SEIZED | DRUG/NARCOTICS | | MARIJUANA | | |
| SEIZED | PERSONAL PAPERS | | USC | | |
| SEIZED | MONEY | | | | 755.00 |
| SEIZED | CELLULAR PHONE | 41278 | TECH 9 | | |
| SEIZED | FIREARMS | | | | |

| Field | Value |
|---|---|
| IS THERE A SIGNIFICANT M.O. | |
| TYPE OF WEAPON-TOOL | DRUGS |
| NEIGHBORHOOD | RESIDENCE/HOME |
| TYPE OF BUILDING | RESIDENTIAL APT |
| PLACE OF ENTRY | FRONT DOOR |
| VICTIM'S ACTIVITY | |
| WEATHER | CLEAR |
| LIGHTING | ARTIFICIAL |
| TRANSPORTATION OF SUSPECT | CAR |

| | |
|---|---|
| UNUSUAL ACTIONS AND STATEMENTS OF PERPETRATOR | RELATIONS. TO VICTIM |
| IS THERE ANY PHYSICAL EVIDENCE (DESCRIPTION AND DISPOSITION IN NARRATIVE) | ☒ YES ☐ NO |
| IS THERE ANY OTHER REASON FOR INVESTIGATION (REASON BELOW) | ☒ YES ☐ NO |

**BLOCK NARRATIVE AND ADDITIONAL INFORMATION**

AT ABOUT 8:20PM MEMBERS OF THE DCU/C-11 UNDER THE SUPERVISION OF SGT DET'S WAGGETT & TERESTRE EXECUTED A DORCHESTER DISTRICT COURT SEARCH WARRANT #0407SW000038. PRIOR TO THE EXECUTION THESE OFFICERS OBSEREVED NATHIEL ROBINSON EXIT 36 RIDGEWOOD STREET AND ENTERED INTO HIS M/V MA REG 57WM30. THESE OFFICERS ARMED WITH A SEARCH WARRANT TO SEARCH NATHIEL ROBINSON AND 36 RIDGEWOOD STREET APT #2. STOPPED HIS M/V AND HAD CONVERSATION WITH ROBINSON. OFFICERS THEN RETURNED BACK TO 36 RIDGEWOOD STREET WITH NATHIEL. OFFICERS KNOCKED AND ANNOUCED THEIR OFFICE. AFTER THERE WAS NO ANSWER THESE OFFICERS MADE A FORCEFUL ENTRY INTO 36 RIDGEWOOD STREET APT #2 ON THE SECOND FLOOR. AS A RESULT OF THIS SEARCH THE FOLLOWING ITEMS WERE SEIZED. (1) P/B 3X3 ZIPLOCK BAGS -131 (2) TWO BOXES OF SANDWICH BAGS-131(3) 1 BAG OF ZIPLOCK BAGGIES-131 (4) RITE WEIGHT DIGITAL SCALE -131 (5) PELOUZE DIGITAL SCALE- 131 (6) SMALL SILVER SCALE - 131 (7) 1 PLASTIC CONTAINER WITH 74 P/B'S OF CRACK COCAINE- 131. (8) 61 P/B'S OF GREEN HERB -131. (9) 1 LG. ZIPLOCK BAG GREEN HERB -131. (10) TECH 9 (9MM) FIREARM -131. (11) 36 9MM ROUNDS IN MAGAZINE -131. (12) 35 ROUNDS .380 AMMO-131.(13) 6 ROUNDS OF 9MM AMMO-131. (14) PHOTOS OF NATHIEL ROBINSON -893. (15) HAND SEAL - 893 (16) POLICE SCANNER-893. (17) 1 CARD WITH THE NAME "LION" -929 (18) GRAY RUBBERMAID TOOLBOX -131. (19) PERSONAL PAPERS IN THE NAME NATHIEL ROBINSON - 96. (20) MOTOROLA CELLULAR PHONE -961. (21) 1 SET OF KEYS-961 (22) 1 PAD LOCK FROM TOOLBOX - 131 (23) 1 MED. PLASTIC BAG WHITE POWDER (24) 2 CONTAINERS LOOSE POWDER (COCAINE). NATHIEL ROBINSON WAS ARRESTED FOR TRAFFICKING CL. "B" OVER 28 GRAMS, TRAFFICKING CL. "B" OVER 28 GRAMS SCHOOL ZONE, POSS CL "D" WITH INT. SCHOOL ZONE, UNLAWFUL POSS FIREARM LARGE CAP. UNLAWFUL POSS AMMO. JOHANNE DUMOND WAS ARRESTED FOR TRAFFICKING CL. "B" OVER 28 GRAMS, TRAFFICKING CL. "B" OVER 28 GRAMS SCHOOL ZONE, POSS CL "D" WITH INT. SCHOOL ZONE. SUSPECT'S M/V WAS ALSO SEIZED. BARI ROBINSON WAS ARRESTED FOR DANGEROUS WEAPONS; CONSPIRACY TO VIOLATE 94C. ALL SUSPECTS WERE TRANSPORTED TO C-11 AND BOOKED. PO MULREAN SEIZED $755.00 FROM NATHIEL ROBINSON AT BOOKING. SGT DET TERESTRE ADVISED NATHIEL ROBINSON OF HIS MIRANDA RIGHTS AND ROBINSON MADE STATEMENTS THAT HE HAD THE TECH 9 BECAUSE HE HAD PROBLEMS WITH A GROUP DOWN THE STREET AND HE NEEDED IT FOR HIS PROTECTION. BARI ROBINSON STATED HE RENTS THE ROOM WHERE EVIDENCE WAS FOUND TO NATHIEL ROBINSON FOR $75.00 PER MONTH. ALL PROPERTY WAS LOGGED IN BOOK #27 PAGE #29 ALL DRUGS WERE LOGGED IN BOOK #34 PAGE #1092 THE FIREARM WAS SENT TO BALLISTICS.

| UNIT ASSIGNED | TOUR OF DUTY | REPORTING OFFICER'S NAME | REPORTING OFFICER'S SIGNATURE | REPORTING OFFICER'S ID | PARTNER'S ID | |
|---|---|---|---|---|---|---|
| V893 | 3 | ROBERT T ENGLAND | | 10582 | 9347 | NO |
| DATE OF REPORT | SPECIAL UNITS NOTIFIED/REPORTING | | | DUTY SUP. SIGNATURE | DUTY. SUP. ID | TELETYPE NO. |
| 03/13/04 | DRUG CONTROL UNIT | | | | 8639 | |
| TIME COMPLETED | PATROL SUPERVISOR NAME | PAT. SUP. ID | DUTY SUP. NAME | | | |
| 12:36 AM | | | KEVIN E WAGGETT | | | |