# AFFIDAVIT OF OFFICER ROBERT ENGLAND
## UNITED STATES V. PAUL MARDA, A/K/A NATHANIEL ROBINSON
### Criminal No. 04-10278-RGS

I, Robert England, do hereby state under the penalties of perjury that the following is true to the best of my knowledge and belief:

1. I am a Police Officer employed by the Boston Police Department;

2. I have been a police officer for over 17 years;

3. On March 12, 2004, defendant Paul Marda, a/k/ka Nathaniel Robinson, a/k/a Nathiel Robinson, was arrested by the Boston Police Department in connection with the above entitled criminal matter;

4. Prior to the defendant's arrest, the Boston Police Department had obtained a search warrant for the defendant and for his purported residence of 36 Ridgewood Street, apartment #2, Boston, and I was the affiant of that search warrant;

5. On the date of offense, prior to the execution of the search warrant, I observed the defendant coming of that residence alone and observed him to enter a motor vehicle that was registered to him;

6. Shortly thereafter, officers stopped that motor vehicle with the defendant inside that vehicle;

7. I approached the vehicle, identified myself to the defendant and informed him that I had a search warrant to search him and to search 36 Ridgewood Street, apartment #2, Boston;

8. I orally advised the defendant of his Miranda rights at that time from memory;

9. Said rights were given to the defendant in English;

10. After giving the defendant those rights, the defendant acknowledged said rights and appeared coherent;

11. Defendant Marda made no statement in my presence;

12. Thereafter, the defendant was returned to the 36 Ridgewood Street residence along with myself and other officers;

13. Police officers executed the search warrant at that apartment and the defendant and other individuals (who were inside the apartment at the time of the execution of the search warrant) were placed under arrest after a firearm, ammunition and illegal narcotics, among other items, were found.

_____           8/29/07
Officer Robert England              August 29, 2007