

# Boston Police Department
# Arrest Booking Form

Report Date: 03/13/2004 17:28
Booking Status: Verified
Printed By: Waggett, Kevin

District: 11     UCR Code: 1501
Court of Appearance: Dorchester District Court
Master Name: ROBINSON, Nathiel     Age: 39
Location of Arrest: 36 Ridgewood St, Dorchester

Booking Name: ROBINSON, Nathiel
Alias:
Address: 36 Ridgewood ST #2, DORCHESTER MA US

 

**Charges:**
Unlawful Possession of Firearm (269-10 (h))
Unlawful Possession of Ammunition (269-10H)
Trafficking; Class B, Drugs 14-27 grams (94C-32E)

Booking #: 04-00750-11          Incident #: 040126031          CR Number: 001289-04
Booking Date: 03/12/2004 21:36  Arrest Date: 03/12/2004 20:00  RA Number: J 73

| | | |
|---|---|---|
| Sex: Male | Height: 6'00 | Occupation: |
| Race: Black Non-Hispanic | Weight: 230 lbs | Employer/School: |
| Date of Birth: 03/19/1964 | Build: Medium | Emp/School Addr: MA US |
| Place of Birth: MIAMI FL US | Eyes Color: Brown | Social Sec. Number: 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 |
| Marital Status: | Hair Color: Black | Operators License: S46163087 |
| Mother's Name: ANDERSON, Catherine | Complexion: Dark | State: MA |
| Father's Name: ROBINSON, Roosevelt | | |

| | | |
|---|---|---|
| Phone Used: Yes | Scars/Marks/Tattoos: | |
| Examined at Hospital: No | Clothing Desc: blk t-shirt, jeans | |
| Breathalyzer Used: No | | |
| Examined by EMS: No | | |

| | | | | |
|---|---|---|---|---|
| Arresting Officer: BPD | 08639 | Waggett, Kevin | Cell Number: 1 | |
| Booking Officer: BPD | 12131 | Medina, Richard L | Partner's #: | |
| Informed of Rights: BPD | 10142 | Mulrean, Brian | Unit #: V929 | |
| Placed in Cell By: BPD | 12137 | Rice, Frederick D | Trans Unit #: | |
| Searched By: BPD | 10142 | Mulrean, Brian | | |

| Cautions: | Booking Comments: seized at booking: pager, cash $755.00 | Visible Injuries: none |
|---|---|---|

**JUVENILE INFORMATION**

| Person Notified: | Relationship: | Phone: |
|---|---|---|
| Address: | Juv. Prob. Officer: | |
| Notified By: | | Notified Date/Time: |

| Bail Set By: | I Selected the Bail Comm. |
|---|---|
| Bailed By: | |
| Amount: | Signature of Prisoner |

| BOP Check: | BPD | 10142 | Mulrean, Brian | |
|---|---|---|---|---|
| Suicide Check: | | | | |
| BOP Warrant: | | | | Signature of Duty Supervisor |
| BOP Court: | | | | |



# Boston Police Department
## Prisoner Booking Form

**Booking Name:** ROBINSON
**First:** Nathiel
**Middle:**         **Suffix:**
**Home Address:** 36 Ridgewood ST #2, DORCHESTER MA US

**Sex:** Male
**Race:** Black Non-Hispanic
**Date of Birth:** 03/19/1964
**District:** 11
**Booking Number:** 04-00750-11
**Incident Number:** 040126031
**Arrest Date:** 03/12/2004 20:00
**Booking Date:** 03/12/2004 21:36

**Report Date:** 03/12/2004 21:54
**Booking Status:** Unverified
**Printed By:** Medina, Richard L

 

**Charges:**
Unlawful Possession of Firearm (269-10 (h))
Unlawful Possession of Ammunition (269-10H)
Trafficking; Class B, Drugs 14-27 grams (94C-32E)

## Miranda Warning

Before asking you any questions, it is my duty to advise you of your rights:

1) You have the right to remain silent;
2) If you choose to speak, anything you say may be used against you in a court of law or other proceeding;
3) You have the right to consult with a lawyer before answering any questions and you may have him present with you during questioning;
4) If you cannot afford a lawyer and you want one, a lawyer will be provided for you by the State without cost to you;
5) You may also waive the right to counsel and your right to remain silent and you may answer any question or make any statement you wish. If you decide to answer any questions you may stop any time to consult with a lawyer.

**Do you understand what I have told you?**
Yes, I understand

**Informed Rights By Officer:**
BPD   10142   Mulrean, Brian

_Nathaniel Robinson_
**Signature of Prisoner**

_[signature]_
**Signature of Officer**

## Prisoner Property

**Money:**         **Property Storage No:**
**Property:** brn belt, four gold colored rings, three gold colored bracelets, three gold colored chains, two brn wallets, four gold colored rings

Acknowledgement of property items being held

_Nathaniel Robinson_
**Signature of Prisoner**

**Telephone Used:** Yes
**Breathalyzer Used:** No
**Examined at Hospital:** No
**Examined by EMS:** No
**Visible Injuries:**
none



## Boston Police Department
### Prisoner Disposition Form

**Report Date:** 03/15/2004 07:39
**Booking Status:** Verified
**Printed By:** Delaney, Paul E

**Master Name:** ROBINSON, Nathiel
**Booking Name:** ROBINSON, Nathiel

**Address:** 36 Ridgewood ST #2, DORCHESTER MA US

 

**Sex:** Male
**Race:** Black Non-Hispanic
**Date of Birth:** 03/19/1964
**District:** 11
**Booking #:** 04-00750-11
**Incident #:** 040126031
**CR #:** 001289-04

**Height:** 6'00
**Weight:** 230 lbs
**Eye Color:** Brown
**Hair Color:** Black
**Cell #:** 1
**Arrest Date:** 03/12/2004 20:00
**Booking Date:** 03/12/2004 21:36

**Charges:** Unlawful Possession of Firearm (269-10 (h))
Unlawful Possession of Ammunition (269-10H)
Trafficking; Class B, Drugs 14-27 grams (94C-32E)

**Booking Comments:** seized at booking: pager, cash $755.00

**Visible Injuries:** none

**Handwritten Additional Comments:**

### If Prisoner is Being Transferred

**Transporting Unit:** H202D
**Transporting Officer:** BPD 09968 Delaney, Paul E
**Transferred Date:** 2004/03/15 07:39
**Receiving Agency:** Dorchester District Court
**Name of Receiver:**

*Signature of Transporting Officer*
*Signature of Receiving Officer*

### If Prisoner is Being Released

**Released By:**
**Released Date:**

*Signature of Releasing Officer*

### Prisoner Personal Data Area

**Money:**
**Property:** brn belt, four gold colored rings, three gold colored bracelets, three gold colored chains, two brn wallets, four gold colored rings

**Cautions:**

*Nathaniel Robinson*
**Signature of Prisoner Receiving Property**