26 Long Pond Road
Plymouth, MA  02360
DATE: 10/29/07

Criminal Clerk

_Thomas C._
_1 Courthouse Way_
_Boston, MA 02210_

04CR10278

RE:  Commonwealth v. _Paul Manda_
NO:

Dear Sir/Madam:

    Enclosed for action, filing and docketing regarding the above-referenced matter, please find the following MOTION TO DISMISS ATTORNEY AND FOR APPOINTMENT OF NEW COUNSEL.

    Kindly mark this motion up for hearing at your earliest convenience and issue a writ of habeas corpus so that Defendant may attend same.

                                                    Very truly yours,

                                                  _Paul Manda_
                                                                , Pro Se

Enclosure
cc:    Asst. District Attorney