UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.            ) | CRIMINAL NO. 04-10278-RGS |
| ) | |
| PAUL MARDA ) | |
| ) | |

ASSENTED TO MOTION TO CONTINUE SUPPRESSION
HEARING DATE AND SCHEDULE STATUS CONFERENCE

The defendant in this matter respectfully requests, through counsel, that the evidentiary motion hearing that is currently scheduled for November 19, 2007 be continued to a convenient date during January 2008. In addition, defendant requests an interim status conference (December 2007) to discuss the issue of appointment of new counsel. As reason therefore, counsel for the defendant states that this evidentiary hearing had been originally scheduled for November 5, 2007. Due to a scheduling conflict, the Court notified the parties electronically that the November 5 date was being moved to November 19, 2007. Defense counsel will be unavailable for the November 19 date as he will be on a previously scheduled vacation during that entire week. Further, Assistant United States Attorney Suzanne Sullivan has taken an extended medical leave and this case is currently being re-assigned within the United States Attorney's Office.

Defense counsel is aware of the motion filed by the defendant requesting assignment of a new attorney to the case. The requested continuance will allow an opportunity for further conversation with the defendant on that topic. The defendant requests that the Court schedule an interim status conference date on a convenient date in December 2007 to address this issue.

Defense counsel has discussed this request for a continuance with Assistant United States Attorney Sullivan's direct supervisor James Lang. He has expressed that he would not object to the Court granting this request.

                                            PAUL MARDA
                                            By his attorney,

                                            /s/Oscar Cruz, Jr.
                                            Oscar Cruz, Jr.
                                             B.B.O. #630813
                                            Federal Defender Office
                                            408 Atlantic Avenue, 3rd Floor
                                            Boston, MA  02110
                                            Tel: 617-223-8061

## CERTIFICATE OF SERVICE

I, Oscar Cruz, Jr., hereby certify that this document filed through the ECF system will be sent electronically to the registered participant, Suzanne Sullivan, as identified on the Notice of Electronic Filing (NEF) on November 7, 2007.

                                            /s/Oscar Cruz, Jr.
                                            Oscar Cruz, Jr.