November 29-07

To: Clerk of Court

From: Paul Marda #43581

FILED IN CLERKS OFFICE
2007 DEC -3 P 2:05
U.S. DISTRICT COURT
DISTRICT OF MASS.

Sir I am currently at Plymouth House of Correction. I filed a Motion for New Counsel. I would like if possible a copy of my Court Summary Sheet, To keep track on my case. If you could Furnish me with a copy I would greatly appreciate it.

Thank you for your Time.

Case# 04-10278 RGS
United States
vs
Paul Marda #43581

cc/ Records dept.

Respectfully Submitted

Paul Marda #45381
PCCF
26 Long Pond Rd
Plymouth, Mass
02360