UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.          ) | CRIMINAL NO. 04-10278-RGS |
| ) | |
| PAUL MARDA      ) | |

SUPPLEMENTAL AFFIDAVIT OF DEFENDANT IN
SUPPORT OF MOTION TO SUPPRESS STATEMENTS

I, Paul Marda, do hereby depose and say as follows:

1. I am the defendant in the above-referenced case.

2. On March 12, 2004, I was arrested by members of the Boston Police Department.

3. After my arrest near the area of 36 Ridgewood Street, Boston, Massachusetts, I was immediately taken to the police department.

4. While at the police department, I was taken to the booking area and an officer placed a form in front of me for my signature.

5. I was told by that officer that I needed to "sign for my property" and I signed the form that he gave me.

6. The officer did not read me the form and I did not read it either; I simply signed where he directed me to as he told me it was for my property.

7. While at the police station, I was questioned by a different police officer about a gun.

8. That officer did not advise me of any rights before beginning his questions.

9.  Any statements being attributed to me by the government were made without the benefit of being informed of my rights and were not made voluntarily.

The above is true to the best of my knowledge.
Signed under the penalties of perjury,

_____
Paul Marda

_____
Date  february. 12. 08.