UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10278-RGS |
| | ) | |
| PAUL MARDA | ) | |
| | ) | |

ASSENTED TO MOTION TO CONTINUE SUPPRESSION
HEARING DATE AND SCHEDULE STATUS CONFERENCE

The defendant in this matter respectfully requests, through counsel, that the evidentiary motion hearing that is currently scheduled for February 26, 2008 be continued to a convenient date during March 2008. As reason therefore, counsel for the defendant states that a witness he intends to call at the hearing is unavailable due to medical reasons. This witness was served with a subpoena to appear but contacted defense counsel on February 25, 2008 by telephone to inform him of her medical issues.

Defense counsel has discussed this request for a continuance with Assistant United States Attorney Chris Bator. He has expressed that he would not object to the Court granting this request.

PAUL MARDA
By his attorney,

  /s/Oscar Cruz, Jr.
Oscar Cruz, Jr.
  B.B.O. #630813
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

## CERTIFICATE OF SERVICE

      I, Oscar Cruz, Jr., hereby certify that this document filed through the ECF system will be sent electronically to the registered participant, Chris Bator, as identified on the Notice of Electronic Filing (NEF) on February 25, 2008.

                                        /s/Oscar Cruz, Jr.
                                        Oscar Cruz, Jr.