UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CRIMINAL NO.04-10278-RGS |
| ) | |
| PAUL MARDA ) | |
| ) | |

<u>ASSENTED-TO MOTION TO CONTINUE SUPPRESSION HEARING</u>

The United States, with the assent of the defendant, moves to continue the hearing on defendant's motion to suppress, now scheduled for April, 10,2008, until April 15, 2008. In support of its motion, the government states that one of the law enforcement officers scheduled to testify at the hearing is unavailable on April 10th. (The hearing was originally scheduled for April 11,2008, when the officer was available, but was just recently rescheduled to April 10th).

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                        By:

                                        <u>/s/Christopher F. Bator</u>
                                        Assistant U.S. Attorney

                    Assented-to: PAUL MARDA
                                by his counsel,

                                        <u>/S/Oscar Cruz [CFB]</u>
                                        Federal Defender's Office
                                        408 Atlantic Avenue
                                        Boston, MA 02110

<u>CERTIFICATE OF SERVICE</u>

I certify that I have served a copy of the foregoing upon all counsel of record by electronic filing.

<u>/S/Christopher F. Bator</u>
Assistant U.S. Attorney
Date: April 4, 2008