UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CRIMINAL NO. 04-10278-RGS |
| | ) | |
| PAUL MARDA | ) | |
| | ) | |

ASSENTED-TO MOTION TO CONTINUE CONFERENCE

The United States, with the assent of the defendant, moves to continue the conference, now scheduled for August 8, 2008, until August 25, 2008, or any day thereafter that is convenient for the Court. In support of its motion, the government states that counsel for both the government and the defendant are out of the office on August 8, 2008 and thereafter and are available during the week of August 25, 2008. The government also requests that all time from July 22, 2008, through the date of the rescheduled conference be excluded from speedy trial calculations.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   /s/Christopher F. Bator
      Assistant U.S. Attorney

Assented-to: PAUL MARDA
by his counsel,

/S/Oscar Cruz [CFB]
Federal Defender's Office
408 Atlantic Avenue
Boston, MA 02110

<u>CERTIFICATE OF SERVICE</u>

 I certify that I have served a copy of the foregoing upon all counsel of record by electronic filing.

 <u>/S/Christopher F. Bator</u>
Assistant U.S. Attorney
Date: July 24, 2008