UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**


V.                                                    **CRIMINAL NO.  04-10278-RGS**


**PAUL MARDA**


### ORDER SETTING  CRIMINAL CASE FOR TRIAL

**STEARNS, DJ.**

THE ABOVE-CAPTIONED CASE IS SCHEDULED FOR TRIAL ON  **MONDAY, JANUARY 12, 2009**

**AT 9:00 A.M. IN** COURTROOM **#21**, 7TH FLOOR,  JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE,

 BOSTON, MA .

ON OR BEFORE  **JANUARY 5, 2009** COUNSEL FOR THE PARTIES SHALL FILE,

JOINTLY OR SEPARATELY, THE FOLLOWING MATERIALS WITH THE COURT:

    (1)  ANY STIPULATED OR ADMITTED FACTS IN A FORM SUITABLE
          FOR PRESENTATION TO THE JURY;

    (2)  A LIST OF PROSPECTIVE GOVERNMENT WITNESSES, IDENTIFIED
          BY CITY OR TOWN OF RESIDENCE, OR BY AN INSTITUTIONAL
          ADDRESS, AND THE NAME OF THE CASE AGENT, IF ANY, WHO
          IS TO SIT AT GOVERNMENT COUNSEL TABLE;

    (3)  A LIST OF PROSPECTIVE ALIBI WITNESSES AND ANY OTHER
          WITNESSES DEFENDANT(S) WISH BROUGHT TO THE ATTENTION
          OF THE JURY DURING VOIR DIRE, IDENTIFIED BY CITY OR TOWN
          OF RESIDENCE, OR BY AN INSTITUTIONAL ADDRESS;

    (4)  A STATEMENT OF THE QUALIFICATIONS OF ANY GOVERNMENT
          EXPERT WITNESS, AND ANY SUMMARY OF TESTIMONY PRODUCED
          PURSUANT TO FED. R. CRIM. P. 16(a)(1)(E) AND ANY RECIPROCAL
          DISCLOSURE PRODUCED BY THE DEFENDANT(S) PURSUANT TO
          FED. R. CRIM. P. 16(b)(1)(C);

    (5)  A LIST OF GOVERNMENT EXHIBITS TO BE INTRODUCED AT TRIAL.
          THE EXHIBITS ARE TO BE <u>PRE-MARKED</u> IN A NUMERICAL SEQUENCE
          AND LABELED "GOVERNMENT EXHIBIT";

    (6)  A LIST OF DEFENSE EXHIBITS TO BE OFFERED AT TRIAL.  THE
          EXHIBITS ARE TO BE <u>PRE-MARKED</u> IN A NUMERICAL SEQUENCE
          AND LABELED "DEFENDANT EXHIBIT";

    (7)  ANY MOTIONS IN LIMINE OR OTHER REQUESTS REGARDING FORESEEABLE
          DISPUTES CONCERNING EVIDENTIARY ISSUES, INCLUDING AUTHORITY
          FOR THE RULING REQUESTED;

    (8)  A TRIAL MEMORANDUM ADDRESSING THOSE ITEMS AS TO WHICH
          THERE ARE FORESEEABLE DISPUTES CONCERNING ISSUES OF LAW;

    (9)  AN INFORMED ESTIMATE OF THE PROBABLE LENGTH OF THE TRIAL
          (BASED ON A TRIAL SCHEDULE OF 9:00 A.M. TO 1:00 P.M. DAILY);

    (10) REQUESTS FOR JURY INSTRUCTIONS WITH CITATION TO SUPPORTING
          AUTHORITY;

(11)  ANY PROPOSED QUESTIONS FOR THE VOIR DIRE EXAMINATION;
(12)  ANY REQUEST TO USE SPECIAL AUDIO-VISUAL OR OTHER
       ELECTRONIC EQUIPMENT DURING THE TRIAL.

SO ORDERED.

RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE

BY:

**/s/ Mary  H. Johnson**

_____

**Deputy Clerk**

DATED:  **9/3/08**